# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MARK THOMAS (#451778)

VERSUS

ERIC LEWIS, ET AL.

CIVIL ACTION

24-825-SDD-SDJ

## RULING AND ORDER

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Scott D. Johnson dated April 11, 2025, to which an *Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that this matter shall be STAYED and ADMINISTRATIVELY CLOSED.

**IT IS FURTHER RECOMMENDED** that Plaintiff shall file a motion to re-open this case within 30 days of the final disposition of Plaintiffs outstanding criminal charges.

Signed in Baton Rouge, Louisiana, on this 8 day of May, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 4.
[2] Rec. Doc. 5.